UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BRIGITTE STELZER,

           Plaintiff,

  -against-

LEAD STORIES, LLC

           Defendant.

Docket No. 1:19-cv-473

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

    **X**     Defendant, Lead Stories, LLC in this civil action CONSENTS to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment; To date Plaintiff, Brigitte Stelzer, by and through counsel has not conferred with Defendant on this case.

Attorneys for DEFENDANT:
/s/ *Justin T. Bailey*
Justin T. Bailey
Sanders Law Firm, LLC
31 North Tejon St.
Suite 400
Colorado Springs, CO 80903
Phone: 719-630-1556
Facsimile: 719-630-7004
Email: Justin@PerrySandersLaw.com