UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| BRIGITTE STELZER, | |
| Plaintiff, | Docket No. 1:19-cv-473-PAB-KMT |
| - against - | |
| LEAD STORIES LLC | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION TO APPEAR BY PHONE AT SCHEDULED CONFERENCE

Pursuant to D.C.Color.LCivR 7.1 and this Court's Order Setting Scheduling/Planning Conference, Plaintiff Brigitte Seltzer, though its attorneys, Liebowitz Law Firm, PLLC, moves this Court to allow Richard Liebowitz to appear by telephone at the May 13, 2019 at 9am. Scheduling Conference in the within matter, and as grounds, therefor, states as follows:

1. Plaintiff's counsel is located in New York and the granting of this motion will obviate the need for Mr. Liebowitz to travel to Colorado, thereby conserving Plaintiff's economic resources.

2. No party will be prejudiced by Mr. Liebowitz to appear at this Scheduling Conference by phone.

3. Counsel conference on the relief sought by this motion on May 7, 2019. Defendant has no objection to Mr. Liebowitz appearing by phone.

4. The April 5, 2019 Order Settling Scheduling and Planning Conference sets forth that a party who wishes to appear at the Scheduling Conference by phone should file a Motion.

5. Further, pursuant to April 5, 2019, Order Setting Scheduling and Planning Conference, Mr. Liebowitz would call into the Court at the time of the Scheduling Conference on a land line.

   Wherefore, Plaintiff Brigitte Stelzer respectfully moves this Court for an order granting this undisputed motion to appear at the Scheduling/Planning Conference by phone.

Dated this 7th day of May, 2019

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
516-233-1660
RL@LiebowitzLawFirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019 I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will provide notice of such filing to the following:

Justin Bailey
Perry Sanders Law
31. N. Tejon, Suite 400
Colorado Springs, CO 80903
719-630-1556
Justin@PerrySandersLaw.com