IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No: 19-cv-00473-PAB-KMT | Date:  May 13, 2019 |
| Courtroom Deputy: Kristina Senamontry | FTR:  Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| BRIGITTE STELZER | Richard Liebowitz |
| Plaintiff, | |
| v. | |
| LEAD STORIES, LLC | Justin Bailey |
| Defendant. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:17 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Plaintiff Counsel Mr. Liebowitz did not appear by phone or in person.

Mr. Liebowitz filed a Motion to Appear by phone on May 7, 2019 which was granted. The court notes that the Scheduling Order was filed by Defendant without input from Plaintiff's counsel. At approximately 9:10 a.m. when Plaintiff did not appear, the courtroom deputy telephoned Plaintiff's Counsel at his office and was told he was not in the office, the deputy was given a cell phone number however received no answer when the cell phone was called.

Court reads *Ehrenhaus* into the record and finds that at this point many of the factors are satisfied.  Counsel is therefore warned that dismissal of the case with prejudice is a possibility for failure to participate in the case.  Further failures in this case could result in a recommendation to the District Court that the case be dismissed.

**ORDERED:** The Scheduling Conference is rescheduled for June 5, 2019 at 10:45 a.m.  As a result of Plaintiff's counsel's failure to appear this date, <u>Counsel for Plaintiff is ordered to appear IN PERSON at 212 N. Wahsatch, Courtroom 101, Colorado Springs, Colorado for the rescheduled scheduling conference.</u>  No motion to appear by telephone for the Plaintiff for this hearing will be accepted.

**ORDERED:**  Plaintiff's counsel will contact counsel for Defendant on or before Wednesday May 15, 2019 to participate in the drafting of an amended proposed scheduling order.  The proposed scheduling conference order shall be filed on or before May 29, 2019.

**9:25 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:08

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.