IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19–cv–00473–PAB–KMT

BRIGITTE STELZER,

    Plaintiff,

v.

LEAD STORIES LLC,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 21] of Chief United States District Judge Philip A. Brimmer entered on July 3, 2019, it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 19] is ACCEPTED. It is further

ORDERED that this case is DISMISSED WITH PREJUDICE. It is further

ORDERED that each party shall bear its own costs. It is further

ORDERED that this case is closed.

2

Dated at Denver, Colorado this 8th day of July, 2019.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk


                By s/ S. Grimm
                    Deputy Clerk